AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 23, 2025**

SEAN F. McAVOY, CLERK

JYJY JONES,  )
*Plaintiff*  )
v.  )
JOSHUA M. GREENE, JOHN D. SERVATIUS, LIEM Q.  )   Civil Action No.   2:25-CV-00359-RLP
NGUYEN, FRANK W. RIVERA, MELISSA J. WARFIELD,  )
DAVID J. GRIFFITH, MATTHEW L. BAKER, LALONDE,
SOUTHWICK, JAMES U. WATKINS, PAUL DUENICH,
JACKSON, JUSTIN S. STEINHOFF, and RUDE,
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Plaintiff's Complaint, ECF No. 1, is DISMISSED without prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Rebecca L. Pennell

Date:  December 23, 2025

CLERK OF COURT

s/Sean F. McAvoy
*Signature of Clerk*